BOSTON SAFE DEPOSIT AND TRUST COMPANY
*v.* ALAN BROOKS ET AL.
(13313)

O'CONNELL, LANDAU and SPEAR, Js.

Argued January 10—decision released February 7, 1995

*Lawrence S. Hillman,* for the appellant (defendant Francine Brooks).

*David F. Weber,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.